# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 13, 2015

Robert P. Young, Jr.,
Chief Justice

152588(76)(77)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

GILLETTE COMMERCIAL OPERATIONS
NORTH AMERICA & SUBSIDIARIES,
            Plaintiff-Appellant,

v                                                          SC: 152588
                                                           COA: 325328
                                                           Ct of Claims: 14-000053-MT
DEPARTMENT OF TREASURY,
            Defendant-Appellee.
_____/

On order of the Chief Justice, the motion for the temporary admission of out-of-state attorneys Amy L. Silverstein and Edwin P. Antolin to appear and practice on behalf of plaintiff-appellant under MCR 8.126(A) is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 13, 2015

